EXHIBIT "A"

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Dollar Tree Stores, Inc., a corporation; and DOES 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Antoinette Langston, an individual

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAR 14 2022

BY _____
CHRIS GOLDSTEIN, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Civil Division - San Bernardino District
247 West 3rd Street
San Bernardino, CA 92415-0210

**CASE NUMBER:**
*(Número del Caso):*
CIVSB 2203010

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jennifer C. Jones, Jones Legal, Inc., 3637 Arlington Avenue, Ste. D, Riverside, CA 92506 (951) 742-7213

DATE: MAR 14 2022                  Clerk, by _____ Chris Goldstein, Deputy
*(Fecha)*                           *(Secretario)*                         *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* Dollar Tree Stores, Inc., a corporation
   under: ☑ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

FEB 10 2022

BY _____
GLORIA MARIN, DEPUTY

Jennifer C. Jones (State Bar No. 240564)
**JONES LEGAL, Inc.**
3637 Arlington Avenue, Suite D
Riverside, California 92506
TEL (951) 742-7213 • FAX (951) 742-7293
E-mail: Jennifer@joneslegalteam.com

Attorney for Plaintiff
**ANTOINETTE LANGSTON**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| ANTOINETTE LANGSTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: CIVSB 2203010<br><br>**COMPLAINT FOR DAMAGES**<br><br>(1) **PREMISES LIABILITY**<br>(2) **NEGLIGENCE;**<br><br>**[Demand for Jury Trial]** |

Plaintiff ANTOINETTE LANGSTON complains of Defendants DOLLAR TREE STORES, INC., and DOES 1 through 100 (collectively, "DEFENDANTS") as follows:

**PARTIES**

1. Plaintiff ANTOINETTE LANGSTON (LANGSTON) is a resident of the City of Rialto, County of San Bernardino, California.

2. Plaintiff LANGSTON is informed and believes and thereon alleges that DEFENDANTS are, and at all times herein mentioned were, a Virginia Corporation licensed to and doing business within the County of San Bernardino.

3. DEFENDANTS have a store located in the City of Fontana, County of San Bernardino, State of California.

- 1 -
**COMPLAINT**

4. The true names, residences, and capacities, whether individual, corporate, associate, or otherwise of the defendants named herein as DOES 1 through 100, inclusive, are presently unknown to Plaintiff LANGSTON who therefore sues said defendants by such fictitious names. Plaintiff LANGSTON is informed and believes and thereon alleges that each such DOE Defendant is in some manner responsible for the damages sustained by Plaintiff LANGSTON as hereinafter set forth and as soon as Plaintiff LANGSTON has ascertained the facts linking these Defendants to the causes of action and fact situations set forth in this complaint, Plaintiff LANGSTON will amend this pleading to show such true names, capacities, and manner of responsibility.

5. Plaintiff LANGSTON is informed and believes and thereon alleges that at all times relevant to this action, each Defendant, including those fictitiously named, was the agent, servant, employee, partner, joint venture, lender or surety of the other Defendants and was acting within the scope of said agency, employment, partnership, venture, or suretyship, with the knowledge and consent or ratification of each of the other Defendants in doing the things alleged herein.

**FACTS COMMON TO ALL CAUSES OF ACTION**

6. Plaintiff LANGSTON refers to and incorporates the allegations of paragraphs 1 through 5 inclusive, as though set forth in full.

7. This complaint arises from events occurring on August 25, 2020, when Plaintiff LANGSTON was injured while shopping through the aisles at Dollar Tree Store #4014 in San Bernardino, California.

8. Plaintiff LANGSTON was shopping as a guest at Dollar Tree Store #4014 and was walking through the aisles maintained by DEFENDANTS.

9. Unbeknownst to Plaintiff LANGSTON, dish soap was spilled on the floor in one of the aisles.

10. Though Plaintiff LANGSTON attempted to brace herself on boxes around her, Plaintiff LANGSTON still fell backwards.

11. Plaintiff LANGSTON was six-months pregnant at the time of the accident.

12. As a result, Plaintiff LANGSTON sustained injuries to her back requiring chiropractic care and platelet-rich plasma (PRP) injections to her lumbar spine.

### FIRST CAUSE OF ACTION
### PREMISES LIABILITY
(Against DEFENDANTS)

13. Plaintiff LANGSTON refers to and incorporates the allegations of paragraphs 1 through 12 inclusive, as though set forth in full.

14. DEFENDANTS owed Plaintiff LANGSTON a duty of care in the manner in which it maintained its store for hazardous conditions.

15. The spilled dish soap left on the floor in one of the aisles constituted a hazardous condition.

16. DEFENDANTS breached that duty by negligently monitoring the store for hazardous conditions, notifying Plaintiff LANGSTON and other invitees about the existence of the hazardous condition, and taking reasonable steps to abate the hazardous conditions.

17. As a direct and proximate result of the defendants' conduct, Plaintiff LANGSTON sustained injuries to her back. The injuries resulting from defendants' negligence were so severe as to require a series of PRP injections to her lumbar spine. All of the injuries caused by DEFENDANTS have caused and continue to cause Plaintiff LANGSTON mental anguish, and pain and suffering.

### SECOND CAUSE OF ACTION
### NEGLIGENCE
(Against DEFENDANTS)

18. Plaintiff LANGSTON refers to and incorporates the allegations of paragraph 1 through 17 inclusive, as though set forth in full.

19. DEFENDANTS were negligent in the maintenance of its store.

20. The spilled dish soap on the floor in one of the aisles left by DEFENDANTS for an intolerant amount of time created an unreasonable risk of harm.

- 3 -
COMPLAINT

21. DEFENDANTS knew, or through the exercise or reasonable care, should have known, that there was spilled dish soap on the floor in one of the aisles.

22. DEFENDANTS failed to maintain and keep clean the floors used by its customers.

23. DEFENDANTS failed to protect against harm from spilled dish soap left on the floor.

24. DEFENDANTS failed to give adequate warning to its customers that there was spilled dish soap on the floor.

25. As a direct and proximate result of the defendants' conduct, Plaintiff LANGSTON sustained injuries to her back. The injuries resulting from Defendants' negligence were so severe as to require a series of PRP injections to her lumbar spine. All of the injuries caused by DEFENDANTS have caused and continue to cause Plaintiff LANGSTON mental anguish, and pain and suffering.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff requests judgment against Defendants as follows:

1. For past and future non-economic damages in the amount of $200,905.00;

2. For past and future economic damages in the amount of $200,635.00; and

3. For such other and further relief as the Court may deem just and proper.

DATED: February 08, 2022

JONES LEGAL, Inc.

By: *[signature]*
Jennifer C. Jones
Attorney for Plaintiff, ANTOINETTE LANGSTON

- 4 -
**COMPLAINT**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.: <br> E-MAIL ADDRESS: <br> ATTORNEY FOR (Name): <br> FAX NO. (Optional): | TRIAL SETTING CONFERENCE DATE: _____ <br> UNLIMITED CASE: _____ <br> LIMITED CASE: _____ | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **INITIAL TRIAL SETTING CONFERENCE STATEMENT** | CASE NUMBER: |
|---|---|

**INSTRUCTIONS:** All applicable boxes must be checked, and the specified information must be provided. **This document must be filed and served at least 15 days prior to the trial setting conference date.**

1. **Party or parties** (answer one):
   a. ☐ This statement is submitted by party (*name*):
   b. ☐ This statement is submitted jointly by parties (*names*):

2. **Service of Complaint** on all parties has ☐ has not ☐ been completed.

3. **Service of Cross-Complaint** on all parties has ☐ has not ☐ been completed.

4. **Description of case** in Complaint:

5. **Description of case** in Cross-Complaint:

6. Has all discovery been completed: Yes ☐ No ☐ Date discovery anticipated to be completed: _____

7. Do you agree to mediation? Yes ☐ No ☐ Please check type agreed to: Private: _____ Court-sponsored: _____

8. **Related cases, consolidation, and coordination**: Please attach a Notice of Related Case.

   ☐ A motion to ☐ consolidate ☐ **Trial dates requested: Yes** ☐ No ☐ Available dates: _____
   Time estimate: _____

9. **Other issues**:
   ☐ The following additional matters are requested to be considered by the Court:

10. **Meet and Confer**:
    ☐ The parties represent that they have met and conferred on all subjects required by California Rules of Court, Rule 3.724.

    ☐ The parties have entered into the following stipulation(s):

11. Total number of pages attached (*if any*): _____

    I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the Initial Trial Setting Conference, including the written authority of the party where required.
    Date: _____

_____  _____
(TYPE OR PRINT NAME)          (SIGNATURE OF PARTY OR ATTORNEY)

_____  _____
(TYPE OR PRINT NAME)          (SIGNATURE OF PARTY OR ATTORNEY)

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

Form # 13-09001-360        **INITIAL TRIAL SETTING CONFERENCE STATEMENT**
Mandatory Form

| | | |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name):<br>FAX NO. (Optional): | TRIAL SETTING CONFERENCE DATE: _____<br>UNLIMITED CASE: _____<br>LIMITED CASE: _____ | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO** | | |
| COURTHOUSE ADDRESS: | | |
| PLAINTIFF: | | |
| DEFENDANT: | | |
| **INITIAL TRIAL SETTING CONFERENCE STATEMENT** | | CASE NUMBER: |

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided. This document must be filed and served at least 15 days prior to the trial setting conference date.**

1. **Party or parties** (answer one):
   a. ☐ This statement is submitted by party (*name*):
   b. ☐ This statement is submitted jointly by parties (*names*):

2. **Service of Complaint** on all parties has ☐ has not ☐ been completed.

3. **Service of Cross-Complaint** on all parties has ☐ has not ☐ been completed.

4. **Description of case** in Complaint:

5. **Description of case** in Cross-Complaint:

6. Has all discovery been completed: Yes ☐ No ☐ Date discovery anticipated to be completed: _____

7. Do you agree to mediation? Yes ☐ No ☐ Please check type agreed to: Private: _____ Court-sponsored: _____

8. **Related cases, consolidation, and coordination**: Please attach a Notice of Related Case.

   ☐ A motion to ☐ consolidate ☐ **Trial dates requested: Yes** ☐ No ☐ Available dates: _____
   Time estimate: _____

9. **Other issues:**
   ☐ The following additional matters are requested to be considered by the Court:

10. **Meet and Confer:**
    ☐ The parties represent that they have met and conferred on all subjects required by California Rules of Court, Rule 3.724.

    ☐ The parties have entered into the following stipulation(s):

11. Total number of pages attached (*if any*): _____

    I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the Initial Trial Setting Conference, including the written authority of the party where required.
    Date: _____

    _____           _____
    (TYPE OR PRINT NAME)                     (SIGNATURE OF PARTY OR ATTORNEY

    _____           _____
    (TYPE OR PRINT NAME)                     (SIGNATURE OF PARTY OR ATTORNEY



**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA 92415
www.sb-court.org
909-708-8678

| Langston -v- Dollar Tree Stores, Inc.et al | |
|---|---|
| **NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT** | Case Number<br>CIVSB2203010 |

Jones Legal Inc
3637 Arlington Ave Ste D
RIVERSIDE CA 92506

This case has been assigned to: Donald Alvarez in Department S23 - SBJC for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

    Hearing Date: 09/06/2022 at 9:00 AM in Department S23 - SBJC

The Trial Setting Conference will be held in chambers without the appearance of the parties – except for good cause shown. (see Emergency Local Rule 411.1).

Parties shall file and serve no later than 15 days prior to the trial setting conference the mandatory Initial Trial Setting Conference Statement form (local form #13-09001-360) included with this notice. Prior to the date of the initial trial setting conference, the court may entertain a written stipulation by all appearing parties to continue the initial trial setting conference if filed at least 30 days prior to the conference.

Date: 3/9/2022

Nancy CS Eberhardt, Court Executive Officer

By: _____
Gloria Marin, Deputy Clerk

---

### CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above-listed address. I am not a party to this action and on the date and place shown below, I served a copy of the above-listed notice by:

- [x] Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.
- [ ] Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.
- [ ] A copy of this notice was given to the filing party at the counter.
- [ ] A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file-stamped documents.

Date of Mailing: 3/9/2022

I declare under penalty of perjury that the forgoing is true and correct. Executed on 3/9/2022 at San Bernardino, CA.

By: _____
Gloria Marin, Deputy Clerk